# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Depositors Insurance Company

Case No. Civil 01-622RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Allan Clark

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Clark's motion to dismiss, or alternatively, for abstention is **GRANTED** and Depositor's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATE: July 6, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk